AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    NEW YORK

UNITED STATES OF AMERICA

v.

NIURKA POLANCO

**APPEARANCE**

Case Number: 07 mj 00567 (UA)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

NIURKA POLANCO

I certify that I am admitted to practice in this court.

May 8, 2007

Date

Signature

Lee Ginsberg                                              7724

Print Name                                              Bar Number

30 Vesey St., Ste 100

Address

New York              NY              10007

City              State              Zip Code

(212) 608-0808                    (212) 962-9696

Phone Number                              Fax Number