UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

        - v. -                          :           NOTICE OF INTENT
                                                             TO FILE AN
NIURKA J. POLANCO,                      :           INFORMATION

           Defendant.                   :           07 Cr.

                                                 :
- - - - - - - - - - - - - - - - x

**07 CRIM 716**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          July 25, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                        By:   _____
                             SHARON E. FRASE
                             Assistant United States Attorney

                           AGREED AND CONSENTED TO:

                       By:   _____
                             Lee A Ginsberg, Esq.
                             Attorney for Niurka Polanco

7/25/07

TOTAL P.02