JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

       v.                        **07 CRIM 716**

NIURKA J. POLANCO,                 :

       Defendant.              :

- - - - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 7, United States Code, Sections 2016 and 2024(b)(1), and Title 18, United States Code, Section 641, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         August 1, 2007