# MEMO ENDORSED

## FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

CHARLENE RAMOS
OFFICE MANAGER

*NY AND CALIF. BARS

THE UNDERWOOD BUILDING
30 VESEY STREET, SUITE 100
NEW YORK, N.Y. 10007
(212) 608-0808
TELECOPIER (212) 962-9898
E-MAIL: FNGLAW@AOL.COM

September 14, 2007

**BY HAND**
Hon. P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Niurka Polanco**
   07 CR 00716 (PKC)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

Dear Judge Castel:

I represent Ms. Polanco with respect to above caption case.

I respectfully request that Your Honor modify Ms. Polanco's pretrial release conditions and remove the electronic monitoring condition. It should be noted that Ms. Polanco will still be subject to strict pretrial reporting and telephone calls (3) three times a week. Assistant United States Attorney, Sharon Frase and Pretrial Officer Leo Barrios consent tot his request.

Accordingly I respectfully request that his pretrial release condition be modified as requested.

I thank Your Honor for your time and attention with this request.

Respectfully submitted,

Lee Ginsberg

LG/cr

cc: Sharon Frase (AUSA)
    Leo Barrios (P.O.)

*[Handwritten endorsement:]* The requirement of electronic monitoring is removed. All other conditions remain. SO ORDERED. 9-17-07