```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

NIURKA J. POLANCO,

           Defendant.

-----------------------------------------------------------x

07 CR 716 (PKC)

ORDER

P. KEVIN CASTEL, U.S.D.J.

    Upon the application of defense counsel, consented to by the government, the pretrial conference scheduled for October 23, 2007 is adjourned until November 27, 2007 at 9:45 a.m. in Courtroom 12C. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. My reasons for this finding are that the grant of the continuance is needed to accommodate scheduling needs of defense counsel. Accordingly, the time between today and November 27, 2007 is excluded.

    SO ORDERED.

                                                                         P. Kevin Castel
                                                            United States District Judge

Dated: New York, New York
       October 23, 2007