UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA       )
                               )
           v.                  ) **NOTICE OF APPEARANCE AND REQUEST**
                               ) **FOR ELECTRONIC NOTIFICATION**
                               ) **07 Cr. 716 (PKC)**
NIURKA POLANCO,                )
                               )
           Defendant.          )

TO:    Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
          Southern District of New York

        by:   s/Glen A. Kopp
            Glen A. Kopp
            Assistant United States Attorney
            (212) 637-2210 (phone)
            (212) 637-2527 (fax)
            glen.kopp@usdoj.gov

TO:    All counsel of record (via ECF)