

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 8, 2008

**VIA FACSIMILE (212) 805-7949**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08
```

Re: <u>United States v. Niurka J. Polanco</u>,
    07 Cr. 716 (PKC)

Dear Judge Castel:

    I write respectfully to request an adjournment of the defendant's sentencing, which is currently scheduled for May 30, 2008, at 10:00 a.m., until July 16, 2008. This is the Government's first request for an adjournment. I have conferred with counsel for the defendant, Lee Ginsberg, who consents to the adjournment.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
GLEN KOPP
Assistant United States Attorney
(212) 637-2210

cc: Lee Ginsberg, Esq.

*[Handwritten endorsement: Sentencing adjourned from May 30 to July 16 at 9:30am. SO ORDERED. /s/ USDJ 5-8-08]*