U.S. Department of Justice

United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

# MEMO ENDORSED

July 3, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08
```

**VIA FACSIMILE**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:   <u>United States v. Niurka J. Polanco</u>,
          07 Cr. 716 (PKC)

Dear Judge Castel:

    I write on behalf of the parties to respectfully request an adjournment of the defendant's sentencing date, which is currently scheduled for July 16, 2008, at 10:00 a.m. The original sentencing date was May 30, 2008. To date, there is no Presentence Investigation Report ("PSR"). I have conferred with the Probation Department which is seeking an additional thirty days to complete the PSR. I have also conferred with defense counsel, Lee Ginsberg, who joins the adjournment request so that he can have sufficient time to review the PSR with his client and to make any objections. Accordingly, the parties respectfully request an adjournment of the sentencing date to the week of September 8, 2008.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                              United States Attorney

                    By: *[signature]*
                              GLEN KOPP
                              Assistant United States Attorney
                              (212) 637-2210

*Sentence is adjourned to September 25, 2008 at 9:30 a.m.*

Application Granted.

So Ordered: *[signature]*

                            Hon. P. Kevin Castel, U.S.D.J.

*July 11, 2008*

cc: Lee Ginsberg, Esq.